APPEAL No. 1083. STELLA GIORDIANO *v.* UNIROYAL, INC. Motion for a counsel fee pursuant to G. L. 1956, §28-35-32, as amended, is granted and petitioner is awarded a fee of $900 for services ren-

920

dered before Supreme Court. *Abedon, Michaelson, Stanzler &
Biener, Richard A. Skolnik,* for petitioner. *Ambrose W. Carroll,*
for respondent.